Joseph K. Rowe, Respondent, v. Alexander E. Levine, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Royal Hairpin Corporation, Respondent, v. Rieser Company, Inc., Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Joseph Scala, Respondent, v. Salvatore Scala et al., Doing Business as Scala Bros., et al., Defendants. Salvatore Scala et al., Doing Business as Scala Bros., Third-Party Plaintiffs-Respondents, v. William Schreiber, Third-Party Defendant-Respondent; United States Fidelity and Guaranty Company, Third-Party Defendant-Appellant, et al., Third-Party Defendants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

Morris Schaiman, Respondent, v. Lee Socks, Jr., Doing Business as Hi Li Manor, Defendant, and Lee Socks, Inc., Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Stanley Smith, Appellant, v. A. A. Truck Renting Corp., et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Carolyn Smola et al., Respondents, v. Eastern Roller Derby, Inc., et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Spitzer-Roberts, Inc., Respondent, v. Alexander Verity, Appellant, et al., Defendant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Doris Strader, Appellant, v. Calhoum Strader, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

Telimar Homes, Inc., Respondent, v. Theodore J. Miller et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.